Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

MR Robert L Johnson
_____
Plaintiff

*(Write your full name. No more than one plaintiff may be named in a complaint.)*

123451       -v-   D-29

Case No. 2:21-CV-1151-CLM-GMB
*(to be filled in by the Clerk's Office)*

Shannon Caldwell
_____
Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

I. **The Parties to this Complaint**

A. **The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

Name: Robert L Johnson
All other names by which you have been known: 123451 D-29
ID Number: 100 Warrior Ln
Current Institution: Bessemer Ala 35020
Address:

_____
City            State            Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed

Defendant No. 1

Name: Shannon Caldwell
Job or Title *(if known)*: Corr LT
Shield Number: Lieutentant
Employer: Board of Adjustment
Address: Adress 28779 Nick Davis Rd
Harvest    Ala    35749
City    State    Zip Code

☑ Individual Capacity    ☐ Official Capacity

Defendant No. 2

Name: Board of Adjustment
Job or Title *(if known)*: Et Al Reps,
Shield Number: 600 Dexter Ave Suite 302
Employer: Montgomery Ala 36130-1435
Address:

_____
City            State            Zip Code

☑ Individual Capacity    ☑ Official Capacity

2

Defendant No. 3

    Name  
    Job or Title *(if known)*  
    Shield Number  
    Employer  
    Address  

    *City*    *State*    *Zip Code*

☐ Individual Capacity   ☐ Official Capacity

Defendant No. 4

    Name  
    Job or Title *(if known)*  
    Shield Number  
    Employer  
    Address  

    *City*    *State*    *Zip Code*

☐ Individual Capacity   ☐ Official Capacity

**II.**  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

  A.  Are you bringing suit against *(check all that apply)*;

     ☑ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

  B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    I Have filed at 2 cops 7 Board of adjustment claim and all of them Have Been Dined

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Shannon Caid well said that I was traufed from Limestone to Donipsen corr

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Shannon Caid well said she Reveiwed my complaint-and did not about all of lost proporty and proporty that look ou my cell and so the ssytssst

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

a woy people proporty that did wopo) was a choue to sup anything any dye preer

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other
    *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Limeston Corr,s

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

They arouse in Limoston corr, and I was in admintraywses o/ascoustopy

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

Different date and the years that I was at Limestone CCPR

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The LT SGT throwed away most of my property and did not give me a property sheet or any due process of law

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

All of my personal property have been throwed away.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want to be compensated for my lost property because none of the officers will pay for my stuff that they so will full throwed away no sort of due process what ever I am looking about my cell window and see the SGT take people property and just throw away and spray up no sort of due process has been given to any inmates or me.

**VII.     Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Limestone CoRRS,

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do Not Know   This is Not A ScRivable Matter

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do Not Know

If yes, which claim(s)?

This is Not A ScRivable Matter At Any of Aladampbisms

6

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E.  If you did file a grievance

1.  Where did you file the grievance?

    This is not a sricuple matter

2.  What did you claim in your grievance?

    This is not a sricuple matter.

3.  What was the result, if any?

    This is not a sricuple matter.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    This is not a sricuple matter and I have tried to talk to every SSP Lt Capt or Warden and none say to file to board of adjustment and they refuse all my claims.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   This is not a grievance matter.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I filed to Board of Adjustment

3. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I filed to Board of Adjustment and they did not do anything

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☑ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

I filed a lawsuit to the Federal Court and they allowed for these people to lie and tell them that they sold me my property this is a lie, and they are proffesional liars.

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s)   Robert L Johnsu

      Defendant(s)   Board of Adjustment

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      Limestone County Court

   3. Docket or index number

      I can't remember

   4. Name of Judge assigned to your case

      I can't remember

   5. Approximate date of filing lawsuit

      4-27-20

   6. Is the case still pending?

      ☐ Yes
      ☑ No

   If no, give the approximate date of disposition.   It was Dismissed

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      It was Dismissed and I filed a lawsuit to Limestone County Court and they told me to Scrocyba Wardu

9

IX. **Certification and Closing**

Under Federal Rule of Civil-Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and ( 4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

**Printed Name of Plaintiff**     Robert L Johnson
**Prison Identification #**       123751 D-29
**Prison Address**                100 W P R R Ln
                                  Bessemer      AL       35023
                                  City          State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8-12-21
               (Date)

               Robert L Johnson  123751
               Signature of Plaintiff
               D-29

10



**KAY IVEY**
GOVERNOR

## State of Alabama
## Alabama Department of Corrections

LIMESTONE CORRECTIONAL FACILITY
28779 Nick Davis Road
Harvest, AL 35749



**JEFFERSON S. DUNN**
COMMISSIONER

### BEFORE THE STATE BOARD OF ADJUSTMENT OF ALABAMA

### CLAIM OF:

**Robert L. Johnson, #123451**
vs.

### STATE OF ALABAMA DEPARTMENT OF CORRECTIONS

### CLAIM NO.: 175-20210539

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Shannon Caldwell, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Shannon Caldwell. I am presently employed as Correctional Lieutenant for the Limestone Correctional Facility. I am over nineteen (19) years of age.

I have reviewed the Board of Adjustment Claim #175-20210539 filed by Robert Johnson, AIS #123451. My response is as follows:

Inmate Robert Johnson's property that was process when he was placed in lock up and transferred to Donaldson Correctional Facility was with inmate Johnson when he transferred away from Limestone.

Therefore, this claim should not be paid.

_____
Shannon Caldwell

STATE OF ALABAMA)
LIMESTONE COUNTY)

Sworn to and subscribed before me and given under my hand and official seal this 16th day of June 2021.

_____
Notary Public

Commission expires 7/22/2024

BEFORE THE STATE BOARD OF ADJUSTMENT
OF ALABAMA

CLAIM OF:

ROBERT L. JOHNSON

vs.

DEPARTMENT OF CORRECTIONS

CLAIM NO.: 175-20210539

ANSWER

Comes now the Alabama Department of Corrections (hereinafter referred to as, "the Department") and moves the Board to deny this claim.

1. The inmate claimant is seeking reimbursement in the amount of $50.00 for alleged missing property.

2. Shannon Caldwell, Lieutenant at Limestone Correctional Facility, does not recommend reimbursement. (See attached affidavit)

3. The Alabama Department of Corrections denies liability for the claim based upon the affidavit submitted and attached hereto Lieutenant Shannon Caldwell.

Wherefore these premises considered, the Alabama Department of Corrections prays that the Board deny the claim of Inmate Robert L. Johnson at this time.

Respectfully submitted this 28th day of June, 2021.

Carrie G. Shaw (GRA133)
Assistant Attorney General



STATE OF ALABAMA

# BOARD OF ADJUSTMENT

ALABAMA STATE CAPITOL
600 DEXTER AVENUE, SUITE E-302
Montgomery, Alabama 36104
Telephone (334) 242-7175
FAX (334) 242-2008

## NOTICE OF HEARING

**BOARD MEMBERS**

JOHN MCMILLAN
STATE TREASURER

JOHN H. MERRILL
SECRETARY OF STATE

KELLY BUTLER
FINANCE DIRECTOR

JIM ZEIGLER
STATE AUDITOR

June 10, 2021

**STAFF**

JOHN MONTGOMERY
GENERAL COUNSEL

YVONNE TRAFFORD
CHIEF CLERK

JOY SIMPSON
CLAIMS CLERK

TO: Robert L Johnson, #123451
100 Warrior Lane
Bessemer, AL  35023

RE: Claim No.:   175-20210487
    Claimant:    Robert L Johnson, #123451
V.
             State of Alabama
             Corrections

The Board of Adjustment will conduct a hearing on this claim at the time and place specified below:

**TIME/DATE:  9:00 A.M. ON 7/13/2021**
**600 DEXTER AVENUE, STATE CAPITOL BUILDING, MONTGOMERY, ALABAMA**
**THIRD FLOOR, ROOM E-315**

**PERSONAL APPEARANCE AND TESTIMONY:** Section 41-9-63 of the Code of Alabama states "the claimant shall have the right to file and prosecute his claim before the board in person or by counselor agent of his own choice, whether such agent be licensed to practice law or not." If, because of your incarceration or any other reason, you are not able to appear in person at the date and time scheduled for the hearing of your claim, you may send a representative to argue for your claim. If you receive a *Consent Letter* from the respondent agency after receiving this notice, your claim will remain on the hearing docket, as all consents are subject to approval of the Board.

**BURDEN OF PROOF:** The burden of proof to establish the validity of the claim rests with the claimant. Supporting evidence to document and substantiate each item claimed must be provided.  If you wish to submit additional documentation for consideration, it should be submitted at least ten (10) days prior to the hearing date.  All submittals should include:

    **Claim No.**
    **Claimant's Name**
    **Hearing Date**

**IF THERE IS A LAWSUIT PENDING ON THE SAME FACTS AS THIS CLAIM,** the Board will not hear testimony on this claim. If a lawsuit is pending notify this office immediately.

cc: Department of Corrections